# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0005. JACK EDWIN STEELE v. CAROL STEELE.

On July 27, 2022, pursuant to Rule 40 (b), this Court granted the applicant an extension of time to file a discretionary application until September 12, 2022. On September 9, 2022, the applicant filed a request for a second extension of time to file a discretionary application. However, our Rules provide that "[o]nly one extension of time will be granted" for the filing of a discretionary application. Court of Appeals Rule 16 (c).

Accordingly, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/09/2022*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.